IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-10162
Summary Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MICHAEL JOHNSON,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:92-CR-25-1-Y
- - - - - - - - - -

November 20, 1998

Before HIGGINBOTHAM, JONES, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Michael Claude Johnson appeals the district court's revocation of his supervised release. Johnson argues that the attestation affixed to a positive urinalysis report failed to comply with the requirements set forth in United States v. Grandlund[**] and that the district court committed reversible error by admitting the report into evidence.

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

[**] 71 F.3d 507 (5th Cir. 1995), opinion clarified, 77 F.3d 811 (5th Cir. 1996).

Even if the district court erred in admitting the short-form attestation, such error was harmless. <u>See</u> FED. R. CRIM. P. 52(a). The report of the January urinalysis was not the only evidence that Johnson violated the conditions of his supervised release. At the original revocation hearing, Johnson pleaded "true" to three allegations of drug use, and there is no indication that he moved to withdraw that plea. The district court's judgment revoking Johnson's supervised release is AFFIRMED.